| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on February 15, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  16-26255 |
| IN RE:<br>    ROBERT W. JACKSON<br>    THERESA A. JACKSON | Hearing Date:  02/09/2017<br><br>Judge:  JOHN K. SHERWOOD |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: February 15, 2017

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): ROBERT W. JACKSON
THERESA A. JACKSON

Case No.: 16-26255JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 02/09/2017 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 2/9/2017 of the plan filed on 09/14/2016, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 02/23/2017 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.