| |
|---|
| **UNITED STATES BANKRUPTCY COURT** |
| **DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg MAG-1284 |
| Marie-Ann Greenberg, Standing Trustee |
| 30 TWO BRIDGES ROAD |
| SUITE 330 |
| FAIRFIELD, NJ  07004-1550 |
| 973-227-2840 |
| Chapter 13 Standing Trustee |
| IN RE: |
|     ROBERT W. JACKSON |
|     THERESA A. JACKSON |

Order Filed on February 15, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-26255

Hearing Date:  02/09/2017

Judge:  JOHN K. SHERWOOD

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: February 15, 2017

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s):  ROBERT W. JACKSON
            THERESA A. JACKSON
Case No.:  16-26255JKS

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 02/09/2017 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 2/9/2017 of the plan filed on 09/14/2016, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 02/23/2017 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:  
Robert W. Jackson  
Theresa A. Jackson  
     Debtors

Case No. 16-26255-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 15, 2017  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2017.  
db/jdb     +Robert W. Jackson,   Theresa A. Jackson,   59 Highland Street,   Lincoln Park, NJ 07035-1930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2017 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.  
         nj.bkecf@fedphe.com  
        Robert Saul Molnar    on behalf of Debtor Robert W. Jackson molnarrs@aol.com  
        Robert Saul Molnar    on behalf of Joint Debtor Theresa A. Jackson molnarrs@aol.com  
                                                                                                                                                                      TOTAL: 6