Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−26255−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert W. Jackson
59 Highland Street
Lincoln Park, NJ 07035

Theresa A. Jackson
59 Highland Street
Lincoln Park, NJ 07035

Social Security No.:
xxx−xx−3509
xxx−xx−9480

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 9/7/16 and a confirmation hearing on such Plan has been scheduled for 2/9/17.

The debtor filed a Modified Plan on 2/2/17 and a confirmation hearing on the Modified Plan is scheduled for 3/23/17 at 9:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 22, 2017
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-26255-JKS
Robert W. Jackson                                                     Chapter 13
Theresa A. Jackson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Feb 22, 2017
                              Form ID: 186             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
```
db/jdb         +Robert W. Jackson,    Theresa A. Jackson,    59 Highland Street,    Lincoln Park, NJ 07035-1930
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
516356165      +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
516510383       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516356166     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    4161 Piedmont Parkway,
                 Greensboro, NC 27410-8110)
516522506       Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
516568676      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516356168      +Bloomingdale/DSNB,    P.O. Box 8218,    Mason, OH 45040-8218
516385165       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516356169      +Capital One Bank USA, N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
516356174      +Comenity Capital/J Jill,    P.O. Box 182789,    Columbus, OH 43218-2789
516356177      +Hayt, Hayt & Landau,    PO Box 500,    Eatontown, NJ 07724-0500
516510743      +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516356180      +Macy's/DSNB,    P.O. Box 17759,    Clearwater, FL 33762-0759
516395362       NJCLASS,    PO Box 548,    Trenton, NJ  08825
516356182       New Jersey Healthcare Specialists P.C.,    P.O. Box 417191,    Boston, MA 02241-7191
516356185      +New Jersey Higher Education,    #4 Quakerbridge Plaza,    P.O. Box 540,    Trenton, NJ 08619-1241
516356183      +New Jersey Higher Education,    P.O. Box 548,    Trenton, NJ 08625-0548
516356187      +North Jersey Spine Group, LLC,    1680 Route 23 North, Suite 250,    Wayne, NJ 07470-7520
516356188       One Main Financial,    5801 Colwell Boulevard,    c/s Care Department,    Irving, TX 75039
516356193     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Corp.,    5005 N. River Boulevard NE,
                 Cedar Rapids, IA 52411-6634)
516356192      +Thomas S. Iulo, DMD,    29 Station Road,    Lincoln Park, NJ 07035-1749
516547837      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516520159       WELLS FARGO BANK, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516356195      +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2017 23:55:37      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2017 23:55:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516356171       E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 23:52:08      Care Credit/SYNCB,
                 P.O. Box 965036,    Orlando, FL 32896-5036
516356175       E-mail/Text: mrdiscen@discover.com Feb 22 2017 23:54:51      Discover Financial Services LLC,
                 P.O. Box 15316,    Wilmington, DE 19850-5316
516366739       E-mail/Text: mrdiscen@discover.com Feb 22 2017 23:54:51      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516356176       E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 23:52:08      Gap/SYNCB,    P.O. Box 965005,
                 Orlando, FL 32896-5005
516356178       E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 23:52:08      Lord & Taylor/SYNCB,
                 P.O. Box 965015,    Orlando, FL 32896-5015
516356186      +E-mail/Text: bnc@nordstrom.com Feb 22 2017 23:55:03      Nordstrom FSB,    P.O. Box 13589,
                 Scottsdale, AZ 85267-3589
516356189       E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 23:52:08      PC Richards/SYNCB,
                 P.O. Box 965036,    Orlando, FL 32896-5036
516581188       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2017 23:58:52
                 Portfolio Recovery Associates, LLC,    C/O nordstrom Fsb,    POB 41067,    Norfolk VA 23541
516581169       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2017 23:58:26
                 Portfolio Recovery Associates, LLC,    C/O synchrony Bank,    POB 41067,    Norfolk VA 23541
516580954       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2017 00:12:18
                 Portfolio Recovery Associates, LLC,    c/o Onemain Financial Group, LLC,    POB 41067,
                 Norfolk VA 23541
516547617       E-mail/Text: bnc-quantum@quantum3group.com Feb 22 2017 23:55:28
                 Quantum3 Group LLC as agent for,    Second Round LP,    PO Box 788,    Kirkland, WA  98083-0788
516356190      +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 23:52:08      SYNCB/Lowes,    P.O. Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516356167*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235)
516356170*     +Capital One Bank USA, N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
516356172*      Care Credit/SYNCB,    P.O. Box 965036,    Orlando, FL 32896-5036
516356181*     +Macy's/DSNB,    P.O. Box 17759,    Clearwater, FL 33762-0759
516356184*     +New Jersey Higher Education,    P.O. Box 548,    Trenton, NJ 08625-0548
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 22, 2017
                              Form ID: 186             Total Noticed: 39


             ***** BYPASSED RECIPIENTS (continued) *****
516356194*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor Credit Corp.,    5005 N. River Boulevard NE,
                 Cedar Rapids, IA 52411-6634)
516356179      ##+Loyola University,    6363 St. Charles Avenue,    Campus Box 216,    New Orleans, LA 70118-6143
516356191      ##The Duggins Law Firm,    1011 Julia Street,    New Orleans, LA 70113-1904
                                                                                        TOTALS: 0, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
               nj.bkecf@fedphe.com
              Robert Saul Molnar    on behalf of Debtor Robert W. Jackson molnarrs@aol.com
              Robert Saul Molnar    on behalf of Joint Debtor Theresa A. Jackson molnarrs@aol.com
                                                                                             TOTAL: 6
```