Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF OCTOBER  6, 2021

**Chapter 13 Case # 16-26255**

Re:   ROBERT W. JACKSON  
      THERESA A. JACKSON  
      59 HIGHLAND STREET  
      LINCOLN PARK, NJ  07035

Atty:  ROBERT S MOLNAR ESQ.  
       1330 HAMBURG TURNPIKE  
       WAYNE, NJ  07470

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $31,440.00**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/27/2016 | $400.00 | 3350764000 - | 10/11/2016 | $400.00 | 3386698000 - |
| 11/23/2016 | $400.00 | 3497530000 - | 12/22/2016 | $400.00 | 3573358000 - |
| 01/20/2017 | $400.00 | 3644799000 - | 02/28/2017 | $400.00 | 3750777000 - |
| 04/07/2017 | $400.00 | 3863445000 - | 05/04/2017 | $400.00 | 3938410000 - |
| 06/02/2017 | $400.00 | 4012448000 - | 06/05/2017 | $400.00 | 4015034000 - |
| 08/01/2017 | $400.00 | 4168787000 - | 09/27/2017 | $400.00 | 4314352000 - |
| 10/23/2017 | $400.00 | 4378865000 - | 10/23/2017 | $400.00 | 4378874000 - |
| 11/27/2017 | $400.00 | 4470225000 - | 01/01/2018 | $400.00 | 4555052000 - |
| 02/13/2018 | $400.00 | 4668244000 - | 05/01/2018 | $1,200.00 | 4877404000 |
| 05/03/2018 | $400.00 | 4887747000 | 05/29/2018 | $400.00 | 4946565000 |
| 06/29/2018 | $400.00 | 5026602000 | 07/30/2018 | $400.00 | 5109654000 |
| 08/17/2018 | $400.00 | 5160660000 | 09/28/2018 | $400.00 | 5266540000 |
| 10/26/2018 | $400.00 | 5341318000 | 12/05/2018 | $400.00 | 5448515000 |
| 01/17/2019 | $400.00 | 5549735000 | 02/08/2019 | $400.00 | 5608968000 |
| 03/11/2019 | $400.00 | 5690852000 | 04/04/2019 | $400.00 | 5759113000 |
| 05/08/2019 | $400.00 | 5848080000 | 06/17/2019 | $400.00 | 5945887000 |
| 07/15/2019 | $400.00 | 6018352000 | 08/28/2019 | $400.00 | 6127062000 |
| 09/16/2019 | $400.00 | 6177510000 | 09/23/2019 | $310.00 | 6194922000 |
| 11/01/2019 | $710.00 | 6292190000 | 12/02/2019 | $710.00 | 6370693000 |
| 12/18/2019 | $710.00 | 6413678000 | 01/16/2020 | $710.00 | 6486579000 |
| 02/27/2020 | $710.00 | 6589666000 | 03/20/2020 | $710.00 | 6652332000 |
| 04/20/2020 | $710.00 | 6723822000 | 05/18/2020 | $710.00 | 6798599000 |
| 06/18/2020 | $710.00 | 6873751000 | 07/27/2020 | $710.00 | 6962758000 |
| 08/25/2020 | $710.00 | 7035549000 | 09/28/2020 | $710.00 | 7114712000 |
| 10/27/2020 | $710.00 | 7185588000 | 11/30/2020 | $710.00 | 7268658000 |
| 12/29/2020 | $710.00 | 7336102000 | 01/25/2021 | $710.00 | 7402054000 |
| 03/01/2021 | $710.00 | 7483303000 | 03/31/2021 | $710.00 | 7564163000 |
| 04/27/2021 | $710.00 | 7625310000 | 06/02/2021 | $710.00 | 7704723000 |
| 06/29/2021 | $710.00 | 7772763000 | 07/30/2021 | $710.00 | 7842620000 |

Chapter 13 Case # 16-26255

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/30/2021 | $710.00 | 7908352000 | | | |

**Total Receipts: $31,440.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $31,440.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,868.23 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 21,884.49 | * | 5,402.52 | |
| 0002 | BANK OF AMERICA NA | UNSECURED | 1,912.21 | * | 472.04 | |
| 0003 | BANK OF AMERICA | UNSECURED | 14,957.17 | * | 3,692.36 | |
| 0004 | BLOOMINGDALE/DSNB | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,216.88 | * | 281.73 | |
| 0006 | CARE CREDIT/SYNCB | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | COMENITY CAPITAL/J JILL | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | DISCOVER BANK | UNSECURED | 17,355.90 | * | 4,284.53 | |
| 0010 | GAP/SYNCB | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | HAYT, HAYT & LANDAU | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | MIDLAND FUNDING LLC | UNSECURED | 5,371.25 | * | 1,325.94 | |
| 0013 | LOYOLA UNIVERSITY | UNSECURED | 2,702.50 | * | 667.14 | |
| 0014 | MACY'S/DSNB | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | NEW JERSEY HEALTHCARE SPECIALISTS | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | NJCLASS | UNSECURED | 407.86 | * | 407.86 | |
| 0017 | NJCLASS | UNSECURED | 4,630.34 | * | 1,143.06 | |
| 0018 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,992.31 | * | 1,726.14 | |
| 0019 | NORTH JERSEY SPINE GROUP, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,309.62 | * | 1,557.63 | |
| 0021 | MIDLAND FUNDING LLC | UNSECURED | 1,532.94 | * | 374.38 | |
| 0022 | QUANTUM3 GROUP LLC | UNSECURED | 7,568.11 | * | 1,868.31 | |
| 0023 | THE DUGGINS LAW FIRM | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | THOMAS S. IULO, DMD | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | J.P. MORGAN MORTGAGE ACQUISITION | MORTGAGE ARRE | 4,154.21 | 100.00% | 4,154.21 | |
| 0029 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 607.99 | 100.00% | 607.99 | |
| 0030 | CAPITAL ONE BANK USA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,536.52 | * | 626.21 | |
| 0032 | MACY'S/DSNB | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,294.40 | * | 312.32 | |
| 0034 | CHRISTOPHER W. JACKSON | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $30,772.60**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | | | |
| | 12/18/2017 | $115.61 | 8000395 | | 01/22/2018 | $79.61 | 8000411 |
| | 02/20/2018 | $79.61 | 8000427 | | 03/19/2018 | $79.61 | 8000459 |
| | 06/18/2018 | $320.11 | 8000579 | | 07/16/2018 | $80.07 | 8000612 |
| | 08/20/2018 | $80.03 | 8000648 | | 09/17/2018 | $162.08 | 8000691 |
| | 11/19/2018 | $81.99 | 0 | | 12/17/2018 | $79.90 | 0 |
| | 01/14/2019 | $79.78 | 0 | | 03/18/2019 | $173.57 | 8000932 |
| | 04/15/2019 | $85.74 | 8000978 | | 05/20/2019 | $86.83 | 8001025 |
| | 06/17/2019 | $88.39 | 8001067 | | 08/19/2019 | $175.68 | 8001154 |

**Chapter 13 Case # 16-26255**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 10/21/2019 | $176.82 | 8001249 | | 11/18/2019 | $69.40 | 8001287 |
| | 12/16/2019 | $155.89 | 8001330 | | 01/13/2020 | $152.95 | 8001366 |
| | 02/10/2020 | $152.95 | 8001407 | | 03/16/2020 | $152.96 | 8001448 |
| | 04/20/2020 | $305.90 | 8001489 | | 06/15/2020 | $145.21 | 8001599 |
| | 07/20/2020 | $294.45 | 8001653 | | 09/21/2020 | $149.24 | 8001774 |
| | 10/19/2020 | $149.24 | 8001835 | | 11/16/2020 | $149.24 | 8001895 |
| | 12/21/2020 | $149.24 | 8001955 | | 01/11/2021 | $149.24 | 8002012 |
| | 02/22/2021 | $149.24 | 8002072 | | 03/15/2021 | $149.24 | 8002119 |
| | 04/19/2021 | $149.24 | 8002175 | | 05/17/2021 | $149.24 | 8002227 |
| | 06/21/2021 | $149.24 | 8002275 | | 07/19/2021 | $151.66 | 8002328 |
| | 08/16/2021 | $151.66 | 8002381 | | 09/20/2021 | $151.66 | 8002430 |
| BANK OF AMERICA | | | | | | | |
| | 12/18/2017 | $79.01 | 792667 | | 01/22/2018 | $54.41 | 794488 |
| | 02/20/2018 | $54.41 | 796418 | | 03/19/2018 | $54.41 | 798230 |
| | 06/18/2018 | $218.78 | 803922 | | 07/16/2018 | $54.73 | 805906 |
| | 08/20/2018 | $54.70 | 807807 | | 09/17/2018 | $110.77 | 809782 |
| | 11/19/2018 | $56.11 | 813671 | | 12/17/2018 | $54.48 | 815557 |
| | 01/14/2019 | $54.53 | 817480 | | 03/18/2019 | $118.63 | 821337 |
| | 04/15/2019 | $58.60 | 823371 | | 05/20/2019 | $59.34 | 825347 |
| | 06/17/2019 | $60.41 | 827379 | | 08/19/2019 | $120.07 | 831181 |
| | 10/21/2019 | $120.85 | 835218 | | 11/18/2019 | $47.43 | 837311 |
| | 12/16/2019 | $106.54 | 839253 | | 01/13/2020 | $104.54 | 841131 |
| | 02/10/2020 | $104.54 | 843007 | | 03/16/2020 | $104.54 | 844914 |
| | 04/20/2020 | $209.07 | 846862 | | 06/15/2020 | $99.24 | 850460 |
| | 07/20/2020 | $201.25 | 852248 | | 09/21/2020 | $102.00 | 855929 |
| | 10/19/2020 | $102.00 | 857817 | | 11/16/2020 | $102.00 | 859609 |
| | 12/21/2020 | $102.00 | 861428 | | 01/11/2021 | $102.00 | 863225 |
| | 02/22/2021 | $102.00 | 864890 | | 03/15/2021 | $102.00 | 866760 |
| | 04/19/2021 | $102.00 | 868422 | | 05/17/2021 | $102.00 | 870330 |
| | 06/21/2021 | $102.00 | 872131 | | 07/19/2021 | $103.66 | 873935 |
| | 08/16/2021 | $103.66 | 875618 | | 09/20/2021 | $103.65 | 877345 |
| BANK OF AMERICA NA | | | | | | | |
| | 12/18/2017 | $10.10 | 792324 | | 01/22/2018 | $6.96 | 794146 |
| | 02/20/2018 | $6.96 | 796056 | | 03/19/2018 | $6.96 | 797838 |
| | 06/18/2018 | $27.97 | 803467 | | 07/16/2018 | $6.98 | 805476 |
| | 08/20/2018 | $6.99 | 807333 | | 09/17/2018 | $14.17 | 809324 |
| | 11/19/2018 | $7.17 | 813170 | | 12/17/2018 | $6.97 | 815046 |
| | 01/14/2019 | $6.97 | 816975 | | 03/18/2019 | $15.17 | 820797 |
| | 04/15/2019 | $7.49 | 822843 | | 05/20/2019 | $7.59 | 824810 |
| | 06/17/2019 | $7.72 | 826879 | | 08/19/2019 | $15.35 | 830618 |
| | 10/21/2019 | $15.45 | 834660 | | 11/18/2019 | $6.06 | 836776 |
| | 12/16/2019 | $13.62 | 838719 | | 01/13/2020 | $13.36 | 840603 |
| | 02/10/2020 | $13.36 | 842477 | | 03/16/2020 | $13.37 | 844349 |
| | 04/20/2020 | $26.73 | 846295 | | 06/15/2020 | $12.69 | 849954 |
| | 07/20/2020 | $25.73 | 851701 | | 09/21/2020 | $13.04 | 855356 |
| | 10/19/2020 | $13.04 | 857274 | | 11/16/2020 | $13.04 | 859076 |
| | 12/21/2020 | $13.04 | 860838 | | 01/11/2021 | $13.04 | 862748 |
| | 02/22/2021 | $13.04 | 864267 | | 03/15/2021 | $13.04 | 866252 |
| | 04/19/2021 | $13.04 | 867811 | | 05/17/2021 | $13.04 | 869772 |
| | 06/21/2021 | $13.04 | 871530 | | 07/19/2021 | $13.25 | 873393 |
| | 08/16/2021 | $13.25 | 875081 | | 09/20/2021 | $13.25 | 876803 |

**Chapter 13 Case # 16-26255**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA) NA | | | | | | |
| | 12/18/2017 | $6.43 | 792729 | 12/18/2017 | $6.84 | 792729 |
| | 02/20/2018 | $9.42 | 796479 | 02/20/2018 | $8.85 | 796479 |
| | 06/18/2018 | $22.23 | 803983 | 06/18/2018 | $23.64 | 803983 |
| | 08/20/2018 | $9.46 | 807874 | 08/20/2018 | $8.90 | 807874 |
| | 09/17/2018 | $9.01 | 809841 | 09/17/2018 | $9.60 | 809841 |
| | 12/17/2018 | $9.56 | 815617 | 12/17/2018 | $9.00 | 815617 |
| | 03/18/2019 | $9.69 | 821402 | 03/18/2019 | $10.31 | 821402 |
| | 04/15/2019 | $5.09 | 823429 | 05/20/2019 | $5.16 | 825403 |
| | 06/17/2019 | $5.25 | 827439 | 08/19/2019 | $10.43 | 831246 |
| | 08/19/2019 | $9.93 | 831246 | 10/21/2019 | $10.00 | 835286 |
| | 10/21/2019 | $10.50 | 835286 | 12/16/2019 | $9.29 | 839313 |
| | 12/16/2019 | $8.84 | 839313 | 01/13/2020 | $8.68 | 841187 |
| | 01/13/2020 | $9.11 | 841187 | 02/10/2020 | $9.11 | 843067 |
| | 02/10/2020 | $8.68 | 843067 | 03/16/2020 | $8.68 | 844967 |
| | 03/16/2020 | $9.11 | 844967 | 04/20/2020 | $18.23 | 846918 |
| | 04/20/2020 | $17.36 | 846918 | 06/15/2020 | $8.24 | 850509 |
| | 06/15/2020 | $8.65 | 850509 | 07/20/2020 | $17.54 | 852302 |
| | 07/20/2020 | $16.71 | 852302 | 09/21/2020 | $8.47 | 855982 |
| | 09/21/2020 | $8.89 | 855982 | 10/19/2020 | $8.89 | 857868 |
| | 10/19/2020 | $8.47 | 857868 | 11/16/2020 | $8.47 | 859663 |
| | 11/16/2020 | $8.89 | 859663 | 12/21/2020 | $8.89 | 861482 |
| | 12/21/2020 | $8.47 | 861482 | 01/11/2021 | $8.47 | 863269 |
| | 01/11/2021 | $8.89 | 863269 | 02/22/2021 | $8.89 | 864947 |
| | 02/22/2021 | $8.47 | 864947 | 03/15/2021 | $8.47 | 866797 |
| | 03/15/2021 | $8.89 | 866797 | 04/19/2021 | $8.89 | 868481 |
| | 04/19/2021 | ($8.89) | 868481 | 04/19/2021 | $8.89 | 869688 |
| | 04/19/2021 | $8.47 | 868481 | 04/19/2021 | ($8.47) | 868481 |
| | 04/19/2021 | $8.47 | 869688 | 05/17/2021 | $8.47 | 870381 |
| | 05/17/2021 | $8.89 | 870381 | 06/21/2021 | $8.89 | 872189 |
| | 06/21/2021 | $8.47 | 872189 | 07/19/2021 | $8.60 | 873987 |
| | 07/19/2021 | $9.04 | 873987 | 08/16/2021 | $9.04 | 875668 |
| | 08/16/2021 | $8.60 | 875668 | 09/20/2021 | $8.60 | 877399 |
| | 09/20/2021 | $9.04 | 877399 | | | |
| DISCOVER BANK | | | | | | |
| | 12/18/2017 | $91.68 | 792840 | 01/22/2018 | $63.14 | 794665 |
| | 02/20/2018 | $63.13 | 796596 | 03/19/2018 | $63.14 | 798409 |
| | 06/18/2018 | $253.87 | 804113 | 07/16/2018 | $63.50 | 806090 |
| | 08/20/2018 | $63.47 | 808000 | 09/17/2018 | $128.54 | 809968 |
| | 11/19/2018 | $65.11 | 813840 | 12/17/2018 | $63.21 | 815724 |
| | 01/14/2019 | $63.27 | 817650 | 03/18/2019 | $137.65 | 821513 |
| | 04/15/2019 | $68.00 | 823543 | 05/20/2019 | $68.86 | 825522 |
| | 06/17/2019 | $70.10 | 827540 | 06/25/2019 | ($68.86) | 825522 |
| | 06/25/2019 | $68.86 | 828617 | 08/19/2019 | $139.33 | 831364 |
| | 10/21/2019 | $140.23 | 835407 | 11/18/2019 | $55.04 | 837479 |
| | 12/16/2019 | $123.63 | 839411 | 01/13/2020 | $121.30 | 841274 |
| | 02/10/2020 | $121.30 | 843163 | 03/16/2020 | $121.31 | 845075 |
| | 04/20/2020 | $242.60 | 847018 | 06/15/2020 | $115.16 | 850594 |
| | 07/20/2020 | $233.52 | 852397 | 09/21/2020 | $118.36 | 856078 |
| | 10/19/2020 | $118.36 | 857956 | 11/16/2020 | $118.36 | 859752 |
| | 12/21/2020 | $118.36 | 861576 | 01/11/2021 | $118.36 | 863353 |
| | 02/22/2021 | $118.36 | 865048 | 03/15/2021 | $118.36 | 866886 |
| | 04/19/2021 | $118.36 | 868582 | 05/17/2021 | $118.36 | 870479 |
| | 06/21/2021 | $118.36 | 872290 | 07/19/2021 | $120.28 | 874082 |
| | 08/16/2021 | $120.28 | 875765 | 09/20/2021 | $120.28 | 877508 |

**Chapter 13 Case # 16-26255**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LOYOLA UNIVERSITY | | | | | | |
| | 12/18/2017 | $14.28 | 793057 | 01/22/2018 | $9.83 | 794883 |
| | 02/20/2018 | $9.83 | 796796 | 03/19/2018 | $9.83 | 798634 |
| | 06/18/2018 | $39.53 | 804328 | 07/16/2018 | $9.89 | 806302 |
| | 08/20/2018 | $9.88 | 808229 | 09/17/2018 | $20.01 | 810187 |
| | 11/19/2018 | $10.14 | 814048 | 12/17/2018 | $9.84 | 815934 |
| | 01/14/2019 | $9.85 | 817863 | 03/18/2019 | $21.43 | 821735 |
| | 04/15/2019 | $10.59 | 823758 | 05/20/2019 | $10.72 | 825740 |
| | 06/17/2019 | $10.91 | 827736 | 08/19/2019 | $21.69 | 831582 |
| | 10/21/2019 | $21.84 | 835616 | 11/18/2019 | $8.57 | 837686 |
| | 12/16/2019 | $19.25 | 839603 | 01/13/2020 | $18.89 | 841480 |
| | 02/10/2020 | $18.89 | 843371 | 03/16/2020 | $18.89 | 845289 |
| | 04/20/2020 | $37.78 | 847229 | 06/15/2020 | $17.93 | 850779 |
| | 07/20/2020 | $36.36 | 852597 | 09/21/2020 | $18.43 | 856292 |
| | 10/19/2020 | $18.43 | 858154 | 11/16/2020 | $18.43 | 859941 |
| | 12/21/2020 | $18.43 | 861776 | 01/11/2021 | $18.43 | 863534 |
| | 02/22/2021 | $18.43 | 865277 | 03/15/2021 | $18.43 | 867074 |
| | 04/19/2021 | $18.43 | 868805 | 05/17/2021 | $18.43 | 870694 |
| | 06/21/2021 | $18.43 | 872498 | 07/19/2021 | $18.73 | 874275 |
| | 08/16/2021 | $18.73 | 875968 | 09/20/2021 | $18.73 | 877719 |

**Chapter 13 Case # 16-26255**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | | | | | | |
| | 12/18/2017 | $8.10 | 792254 | 12/18/2017 | $28.37 | 792254 |
| | 01/22/2018 | $19.54 | 794080 | 01/22/2018 | $5.58 | 794080 |
| | 02/20/2018 | $5.58 | 795991 | 02/20/2018 | $19.54 | 795991 |
| | 03/19/2018 | $19.54 | 797774 | 03/19/2018 | $5.58 | 797774 |
| | 06/18/2018 | $22.42 | 803401 | 06/18/2018 | $78.57 | 803401 |
| | 07/16/2018 | $19.65 | 805421 | 07/16/2018 | $5.60 | 805421 |
| | 08/20/2018 | $5.61 | 807276 | 08/20/2018 | $19.64 | 807276 |
| | 09/17/2018 | $39.78 | 809268 | 09/17/2018 | $11.35 | 809268 |
| | 11/19/2018 | $5.74 | 813119 | 11/19/2018 | $20.15 | 813119 |
| | 12/17/2018 | $19.56 | 815000 | 12/17/2018 | $5.59 | 815000 |
| | 01/14/2019 | $5.59 | 816928 | 01/14/2019 | $19.58 | 816928 |
| | 03/18/2019 | $42.60 | 820752 | 03/18/2019 | $12.16 | 820752 |
| | 04/15/2019 | $6.01 | 822800 | 04/15/2019 | $21.04 | 822800 |
| | 05/20/2019 | $21.31 | 824771 | 05/20/2019 | $6.08 | 824771 |
| | 06/17/2019 | $6.19 | 826837 | 06/17/2019 | $21.69 | 826837 |
| | 08/19/2019 | $43.12 | 830572 | 08/19/2019 | $12.31 | 830572 |
| | 10/21/2019 | $12.39 | 834616 | 10/21/2019 | $43.40 | 834616 |
| | 11/18/2019 | $17.03 | 836739 | 12/16/2019 | $38.26 | 838677 |
| | 12/16/2019 | $10.96 | 838677 | 01/13/2020 | $10.75 | 840562 |
| | 01/13/2020 | $37.54 | 840562 | 02/10/2020 | $37.54 | 842441 |
| | 02/10/2020 | $10.75 | 842441 | 03/16/2020 | $10.75 | 844311 |
| | 03/16/2020 | $37.54 | 844311 | 04/20/2020 | $75.08 | 846258 |
| | 04/20/2020 | $21.50 | 846258 | 06/15/2020 | $10.21 | 849921 |
| | 06/15/2020 | $35.64 | 849921 | 07/20/2020 | $72.27 | 851666 |
| | 07/20/2020 | $20.70 | 851666 | 09/21/2020 | $10.49 | 855326 |
| | 09/21/2020 | $36.63 | 855326 | 10/19/2020 | $36.63 | 857243 |
| | 10/19/2020 | $10.49 | 857243 | 11/16/2020 | $10.49 | 859053 |
| | 11/16/2020 | $36.63 | 859053 | 12/21/2020 | $36.63 | 860810 |
| | 12/21/2020 | $10.49 | 860810 | 01/11/2021 | $10.49 | 862722 |
| | 01/11/2021 | $36.63 | 862722 | 02/22/2021 | $36.63 | 864238 |
| | 02/22/2021 | $10.49 | 864238 | 03/15/2021 | $10.49 | 866230 |
| | 03/15/2021 | $36.63 | 866230 | 04/19/2021 | $36.63 | 867782 |
| | 04/19/2021 | $10.49 | 867782 | 05/17/2021 | $10.49 | 869746 |
| | 05/17/2021 | $36.63 | 869746 | 06/21/2021 | $36.63 | 871504 |
| | 06/21/2021 | $10.49 | 871504 | 07/19/2021 | $10.66 | 873369 |
| | 07/19/2021 | $37.22 | 873369 | 08/16/2021 | $37.22 | 875058 |
| | 08/16/2021 | $10.66 | 875058 | 09/20/2021 | $10.66 | 876778 |
| | 09/20/2021 | $37.22 | 876778 | | | |

**Chapter 13 Case # 16-26255**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NJCLASS | | | | | | |
| | 12/18/2017 | $24.46 | 793160 | 12/18/2017 | $38.08 | 793160 |
| | 01/22/2018 | $26.22 | 794996 | 01/22/2018 | $16.84 | 794996 |
| | 02/20/2018 | $16.84 | 796899 | 02/20/2018 | $26.22 | 796899 |
| | 03/19/2018 | $26.22 | 798732 | 03/19/2018 | $16.84 | 798732 |
| | 06/18/2018 | $67.76 | 804436 | 06/18/2018 | $105.44 | 804436 |
| | 07/16/2018 | $26.37 | 806397 | 07/16/2018 | $16.91 | 806397 |
| | 08/20/2018 | $16.93 | 808339 | 08/20/2018 | $26.36 | 808339 |
| | 09/17/2018 | $53.38 | 810288 | 09/17/2018 | $34.29 | 810288 |
| | 11/19/2018 | $17.39 | 814159 | 11/19/2018 | $27.04 | 814159 |
| | 12/17/2018 | $26.25 | 816050 | 12/17/2018 | $16.86 | 816050 |
| | 01/14/2019 | $16.88 | 817986 | 01/14/2019 | $26.28 | 817986 |
| | 03/18/2019 | $36.72 | 821861 | 04/15/2019 | $18.14 | 823887 |
| | 05/20/2019 | $18.37 | 825884 | 06/17/2019 | $18.70 | 827861 |
| | 08/19/2019 | $37.17 | 831729 | 10/21/2019 | $37.41 | 835764 |
| | 11/18/2019 | $14.68 | 837830 | 12/16/2019 | $32.98 | 839744 |
| | 01/13/2020 | $32.36 | 841625 | 02/10/2020 | $32.36 | 843498 |
| | 03/16/2020 | $32.36 | 845425 | 04/20/2020 | $64.72 | 847366 |
| | 06/15/2020 | $30.72 | 850895 | 07/20/2020 | $62.30 | 852723 |
| | 09/21/2020 | $31.58 | 856424 | 10/19/2020 | $31.58 | 858275 |
| | 11/16/2020 | $31.58 | 860060 | 12/21/2020 | $31.58 | 861905 |
| | 01/11/2021 | $31.58 | 863629 | 02/22/2021 | $31.58 | 865413 |
| | 03/15/2021 | $31.58 | 867177 | 04/19/2021 | $31.58 | 868942 |
| | 05/17/2021 | $31.58 | 870806 | 06/21/2021 | $31.58 | 872625 |
| | 07/19/2021 | $32.09 | 874390 | 08/16/2021 | $32.09 | 876089 |
| | 09/20/2021 | $32.09 | 877849 | | | |

**Chapter 13 Case # 16-26255**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 12/18/2017 | $36.94 | 793256 | 12/18/2017 | $33.33 | 793256 |
| | 12/18/2017 | $13.40 | 793256 | 01/22/2018 | $9.23 | 795097 |
| | 01/22/2018 | $22.95 | 795097 | 01/22/2018 | $25.44 | 795097 |
| | 02/20/2018 | $25.44 | 8000429 | 02/20/2018 | $22.95 | 8000429 |
| | 02/20/2018 | $9.23 | 8000429 | 03/19/2018 | $9.23 | 8000461 |
| | 03/19/2018 | $22.95 | 8000461 | 03/19/2018 | $25.44 | 8000461 |
| | 06/18/2018 | $102.28 | 8000573 | 06/18/2018 | $92.33 | 8000573 |
| | 06/18/2018 | $37.10 | 8000573 | 07/16/2018 | $9.26 | 8000615 |
| | 07/16/2018 | $23.04 | 8000615 | 07/16/2018 | $25.53 | 8000615 |
| | 08/20/2018 | $25.57 | 8000651 | 08/20/2018 | $23.07 | 8000651 |
| | 08/20/2018 | $9.28 | 8000651 | 09/17/2018 | $18.80 | 8000689 |
| | 09/17/2018 | $46.73 | 8000689 | 09/17/2018 | $51.84 | 8000689 |
| | 11/19/2018 | $26.20 | 0 | 11/19/2018 | $23.69 | 0 |
| | 11/19/2018 | $9.50 | 0 | 12/17/2018 | $9.26 | 0 |
| | 12/17/2018 | $22.98 | 0 | 12/17/2018 | $25.51 | 0 |
| | 01/14/2019 | $25.49 | 0 | 01/14/2019 | $23.00 | 0 |
| | 01/14/2019 | $9.25 | 0 | 03/18/2019 | $20.12 | 8000934 |
| | 03/18/2019 | $50.04 | 8000934 | 03/18/2019 | $55.46 | 8000934 |
| | 04/15/2019 | $27.40 | 8000980 | 04/15/2019 | $24.72 | 8000980 |
| | 04/15/2019 | $9.94 | 8000980 | 05/20/2019 | $10.06 | 8001023 |
| | 05/20/2019 | $25.03 | 8001023 | 05/20/2019 | $27.74 | 8001023 |
| | 06/17/2019 | $28.24 | 8001069 | 06/17/2019 | $25.48 | 8001069 |
| | 06/17/2019 | $10.24 | 8001069 | 08/19/2019 | $20.36 | 8001156 |
| | 08/19/2019 | $50.65 | 8001156 | 08/19/2019 | $56.13 | 8001156 |
| | 10/21/2019 | $56.50 | 8001239 | 10/21/2019 | $50.98 | 8001239 |
| | 10/21/2019 | $20.49 | 8001239 | 11/18/2019 | $8.04 | 8001282 |
| | 11/18/2019 | $20.01 | 8001282 | 11/18/2019 | $22.17 | 8001282 |
| | 12/16/2019 | $49.81 | 8001325 | 12/16/2019 | $44.95 | 8001325 |
| | 12/16/2019 | $18.07 | 8001325 | 01/13/2020 | $17.73 | 8001363 |
| | 01/13/2020 | $44.10 | 8001363 | 01/13/2020 | $48.87 | 8001363 |
| | 02/10/2020 | $48.87 | 8001405 | 02/10/2020 | $44.10 | 8001405 |
| | 02/10/2020 | $17.73 | 8001405 | 03/16/2020 | $17.73 | 8001443 |
| | 03/16/2020 | $44.10 | 8001443 | 03/16/2020 | $48.87 | 8001443 |
| | 04/20/2020 | $97.74 | 8001482 | 04/20/2020 | $88.20 | 8001482 |
| | 04/20/2020 | $35.46 | 8001482 | 06/15/2020 | $16.83 | 8001591 |
| | 06/15/2020 | $41.87 | 8001591 | 06/15/2020 | $46.40 | 8001591 |
| | 07/20/2020 | $94.08 | 8001651 | 07/20/2020 | $84.89 | 8001651 |
| | 07/20/2020 | $34.13 | 8001651 | 09/21/2020 | $17.30 | 8001772 |
| | 09/21/2020 | $43.03 | 8001772 | 09/21/2020 | $47.68 | 8001772 |
| | 10/19/2020 | $47.68 | 8001836 | 10/19/2020 | $43.03 | 8001836 |
| | 10/19/2020 | $17.30 | 8001836 | 11/16/2020 | $17.30 | 8001892 |
| | 11/16/2020 | $43.03 | 8001892 | 11/16/2020 | $47.68 | 8001892 |
| | 12/21/2020 | $47.68 | 8001947 | 12/21/2020 | $43.03 | 8001947 |
| | 12/21/2020 | $17.30 | 8001947 | 01/11/2021 | $17.30 | 8002011 |
| | 01/11/2021 | $43.03 | 8002011 | 01/11/2021 | $47.68 | 8002011 |
| | 02/22/2021 | $47.68 | 8002065 | 02/22/2021 | $43.03 | 8002065 |
| | 02/22/2021 | $17.30 | 8002065 | 03/15/2021 | $17.30 | 8002123 |
| | 03/15/2021 | $43.03 | 8002123 | 03/15/2021 | $47.68 | 8002123 |
| | 04/19/2021 | $47.68 | 8002171 | 04/19/2021 | $43.03 | 8002171 |
| | 04/19/2021 | $17.30 | 8002171 | 05/17/2021 | $17.30 | 8002234 |
| | 05/17/2021 | $43.03 | 8002234 | 05/17/2021 | $47.68 | 8002234 |
| | 06/21/2021 | $47.68 | 8002277 | 06/21/2021 | $43.03 | 8002277 |
| | 06/21/2021 | $17.30 | 8002277 | 07/19/2021 | $17.58 | 8002330 |
| | 07/19/2021 | $43.73 | 8002330 | 07/19/2021 | $48.46 | 8002330 |
| | 08/16/2021 | $48.46 | 8002383 | 08/16/2021 | $43.73 | 8002383 |
| | 08/16/2021 | $17.58 | 8002383 | 09/20/2021 | $17.58 | 8002432 |
| | 09/20/2021 | $43.73 | 8002432 | 09/20/2021 | $48.46 | 8002432 |

**Chapter 13 Case # 16-26255**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | |
| | 12/18/2017 | $39.98 | 793279 | 01/22/2018 | $27.53 | 795121 |
| | 02/20/2018 | $27.53 | 797009 | 03/19/2018 | $27.53 | 798845 |
| | 06/18/2018 | $110.70 | 804555 | 07/16/2018 | $27.69 | 806502 |
| | 08/20/2018 | $27.68 | 808448 | 09/17/2018 | $56.05 | 810389 |
| | 11/19/2018 | $28.35 | 814257 | 12/17/2018 | $27.63 | 816152 |
| | 01/14/2019 | $27.59 | 818080 | 03/18/2019 | $60.02 | 821959 |
| | 04/15/2019 | $29.65 | 823986 | 05/20/2019 | $30.03 | 826000 |
| | 06/17/2019 | $30.57 | 827960 | 08/19/2019 | $60.75 | 831836 |
| | 10/21/2019 | $61.15 | 835882 | 11/18/2019 | $24.00 | 837939 |
| | 12/16/2019 | $53.91 | 839843 | 01/13/2020 | $52.89 | 8001365 |
| | 02/10/2020 | $52.89 | 8001409 | 03/16/2020 | $52.90 | 8001445 |
| | 04/20/2020 | $105.79 | 8001484 | 06/15/2020 | $50.22 | 8001596 |
| | 07/20/2020 | $101.83 | 8001652 | 09/21/2020 | $51.61 | 8001771 |
| | 10/19/2020 | $51.61 | 8001838 | 11/16/2020 | $51.61 | 8001891 |
| | 12/21/2020 | $51.61 | 8001948 | 01/11/2021 | $51.61 | 8002006 |
| | 02/22/2021 | $51.61 | 8002066 | 03/15/2021 | $51.61 | 8002122 |
| | 04/19/2021 | $51.61 | 8002172 | 05/17/2021 | $51.61 | 8002226 |
| | 06/21/2021 | $51.61 | 8002274 | 07/19/2021 | $52.45 | 8002327 |
| | 08/16/2021 | $52.45 | 8002379 | 09/20/2021 | $52.45 | 8002429 |
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | |
| | 04/14/2017 | $291.34 | 778704 | 05/15/2017 | $48.06 | 780612 |
| | 06/19/2017 | $48.05 | 782647 | 07/17/2017 | $96.11 | 784492 |
| | 09/25/2017 | $48.06 | 788299 | 11/20/2017 | $50.05 | 791849 |
| | 12/18/2017 | $26.32 | 793714 | | | |
| WELLS FARGO BANK NA | | | | | | |
| | 04/14/2017 | $1,990.66 | 778855 | 05/15/2017 | $328.34 | 780786 |
| | 06/19/2017 | $328.35 | 782820 | 07/17/2017 | $656.69 | 784650 |
| | 09/25/2017 | $328.34 | 788471 | 11/20/2017 | $341.95 | 792015 |
| | 12/18/2017 | $179.88 | 793872 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: October 06, 2021.

Receipts: $31,440.00    -    Paid to Claims: $28,904.37    -    Admin Costs Paid: $1,868.23    =    Funds on Hand: $667.40

Base Plan Amount: $31,440.00    -    Receipts:  $31,440.00    =    Total Unpaid Balance: **$0.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.