Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                              Case No.:  16–26255–JKS
                                              Chapter:  13
                                              Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert W. Jackson | Theresa A. Jackson |
| 59 Highland Street | 59 Highland Street |
| Lincoln Park, NJ 07035 | Lincoln Park, NJ 07035 |

Social Security No.:
  xxx–xx–3509                                                  xxx–xx–9480

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO**
**NOTICE OF FINAL CURE PAYMENT**

   TO: <u>Robert W. Jackson and Theresa A. Jackson</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: October 28, 2021
JAN: wdh

                                                                                  <u>Jeanne Naughton, Clerk</u>