**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert W. Jackson | Social Security number or ITIN  xxx–xx–3509 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Theresa A. Jackson | Social Security number or ITIN  xxx–xx–9480 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–26255–JKS | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert W. Jackson                             Theresa A. Jackson

12/14/21                                      **By the court:** John K. Sherwood
                                                             United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-26255-JKS
Robert W. Jackson                                                         Chapter 13
Theresa A. Jackson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 3
Date Rcvd: Dec 14, 2021                       Form ID: 3180W                       Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert W. Jackson, Theresa A. Jackson, 59 Highland Street, Lincoln Park, NJ 07035-1930 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516568676 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516356177 | + | Hayt, Hayt & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 518792286 | | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518792287 | + | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services 92619-2708 |
| 516356179 | + | Loyola University, 6363 St. Charles Avenue, Campus Box 216, New Orleans, LA 70118-6143 |
| 516395362 | | NJCLASS, PO Box 548, Trenton, NJ 08825 |
| 516356182 | | New Jersey Healthcare Specialists P.C., P.O. Box 417191, Boston, MA 02241-7191 |
| 516356183 | + | New Jersey Higher Education, P.O. Box 548, Trenton, NJ 08625-0548 |
| 516356185 | + | New Jersey Higher Education, #4 Quakerbridge Plaza, P.O. Box 540, Trenton, NJ 08619-1241 |
| 516356187 | + | North Jersey Spine Group, LLC, 1680 Route 23 North, Suite 250, Wayne, NJ 07470-7520 |
| 516356188 | | One Main Financial, 5801 Colwell Boulevard, c/s Care Department, Irving, TX 75039 |
| 516356191 | | The Duggins Law Firm, 1011 Julia Street, New Orleans, LA 70113-1904 |
| 516356192 | + | Thomas S. Iulo, DMD, 29 Station Road, Lincoln Park, NJ 07035-1749 |
| 516547837 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 14 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 14 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516356165 | + | EDI: AMEREXPR.COM | Dec 15 2021 01:38:00 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 516510383 | | EDI: BECKLEE.COM | Dec 15 2021 01:38:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516356166 | | EDI: BANKAMER.COM | Dec 15 2021 01:38:00 | Bank of America, 4161 Piedmont Parkway, Greensboro, NC 27410-8110 |
| 516356167 | | EDI: BANKAMER.COM | Dec 15 2021 01:38:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 516522506 | | EDI: BANKAMER.COM | Dec 15 2021 01:38:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516356168 | + | EDI: CITICORP.COM | Dec 15 2021 01:38:00 | Bloomingdale/DSNB, P.O. Box 8218, Mason, OH 45040-8218 |
| 516385165 | | EDI: CAPITALONE.COM | Dec 15 2021 01:38:00 | Capital One Bank (USA), N.A., PO Box 71083, |

Case 16-26255-JKS    Doc 70    Filed 12/16/21    Entered 12/17/21 00:11:55    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: 3180W | Total Noticed: 44 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | Charlotte, NC 28272-1083 |
| 516356169 | + | EDI: CAPITALONE.COM | Dec 15 2021 01:38:00 | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 516356171 | | EDI: RMSC.COM | Dec 15 2021 01:38:00 | Care Credit/SYNCB, P.O. Box 965036, Orlando, FL 32896-5036 |
| 516356174 | + | EDI: WFNNB.COM | Dec 15 2021 01:38:00 | Comenity Capital/J Jill, P.O. Box 182789, Columbus, OH 43218-2789 |
| 516356175 | | EDI: DISCOVER.COM | Dec 15 2021 01:38:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 516356180 | + | EDI: CITICORP.COM | Dec 15 2021 01:38:00 | Macy's/DSNB, P.O. Box 17759, Clearwater, FL 33762 |
| 516366739 | | EDI: DISCOVER.COM | Dec 15 2021 01:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516356176 | | EDI: RMSC.COM | Dec 15 2021 01:38:00 | Gap/SYNCB, P.O. Box 965005, Orlando, FL 32896-5005 |
| 516356178 | | EDI: RMSC.COM | Dec 15 2021 01:38:00 | Lord & Taylor/SYNCB, P.O. Box 965015, Orlando, FL 32896-5015 |
| 516510743 | + | EDI: MID8.COM | Dec 15 2021 01:38:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516356186 | + | Email/Text: bnc@nordstrom.com | Dec 14 2021 20:34:14 | Nordstrom FSB, P.O. Box 13589, Scottsdale, AZ 85267-3589 |
| 516356189 | | EDI: RMSC.COM | Dec 15 2021 01:38:00 | PC Richards/SYNCB, P.O. Box 965036, Orlando, FL 32896-5036 |
| 516581188 | | EDI: PRA.COM | Dec 15 2021 01:38:00 | Portfolio Recovery Associates, LLC, C/O nordstrom Fsb, POB 41067, Norfolk VA 23541 |
| 516581169 | | EDI: PRA.COM | Dec 15 2021 01:38:00 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 516580954 | | EDI: PRA.COM | Dec 15 2021 01:38:00 | Portfolio Recovery Associates, LLC, c/o Onemain Financial Group, LLC, POB 41067, Norfolk VA 23541 |
| 516547617 | | EDI: Q3G.COM | Dec 15 2021 01:38:00 | Quantum3 Group LLC as agent for, Second Round LP, PO Box 788, Kirkland, WA 98083-0788 |
| 516356190 | + | EDI: RMSC.COM | Dec 15 2021 01:38:00 | SYNCB/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 516356193 | | EDI: TFSR.COM | Dec 15 2021 01:38:00 | Toyota Motor Credit Corp., 5005 N. River Boulevard NE, Cedar Rapids, IA 52411-6634 |
| 516520159 | + | EDI: WFFC.COM | Dec 15 2021 01:38:00 | WELLS FARGO BANK, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 516356195 | + | EDI: WFFC.COM | Dec 15 2021 01:38:00 | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516356170 | *+ | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 516356172 | * | Care Credit/SYNCB, P.O. Box 965036, Orlando, FL 32896-5036 |
| 516356181 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's/DSNB, P.O. Box 17759, Clearwater, FL 33762 |

Case 16-26255-JKS    Doc 70    Filed 12/16/21    Entered 12/17/21 00:11:55    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: 3180W | Total Noticed: 44 |

| 516356184 | *+ | New Jersey Higher Education, P.O. Box 548, Trenton, NJ 08625-0548 |
| 516356194 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corp., 5005 N. River Boulevard NE, Cedar Rapids, IA 52411-6634 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James Patrick Shay | on behalf of Creditor WELLS FARGO BANK N.A. shay@bbs-law.com, jpshay@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com |
| Robert Saul Molnar | on behalf of Debtor Robert W. Jackson molnarrs@aol.com |
| Robert Saul Molnar | on behalf of Joint Debtor Theresa A. Jackson molnarrs@aol.com |

TOTAL: 8